AO 91 (Rev. 11/11)  Criminal Complaint

DOA: 2/27/2025

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Jose Orlando Bonilla,<br>A #098 918 970<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 25-8171 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about February 27, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Jose Orlando Bonilla, an alien, was found in the United States at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Mesa, Arizona, on or about July 30, 2007, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CHARLES BAILEY  *Digitally signed by CHARLES BAILEY Date: 2025.02.28 12:03:48 -07'00'*

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for AUSA Michael E. Shaw

☒ Continued on the attached sheet.

LUIS E TERAN  *Digitally signed by LUIS E TERAN Date: 2025.02.28 12:29:13 -07'00'*

*Complainant's signature*

Luis E. Teran
ICE Deportation Officer
*Printed name and title*

Sworn to telephonically.

Date:  February 28, 2025

*Judge's signature*

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Deportation Officer Luis E. Teran, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about November 5, 2024, the Phoenix Immigrations and Customs Enforcement Phoenix Fugitive Operations Team (ICE FOT) received a non-biometric lead regarding Jose Orlando Bonilla, a previously removed criminal alien, who was alleged to be illegally present in the United States. ICE FOT officers initiated an investigation to locate Bonilla. On or about February 27, 2025, in Mesa, Arizona, ICE FOT officers encountered Bonilla outside a residence, after conducting surveillance and approaching him on the street. At the scene, ICE FOT officers interviewed Bonilla, who confirmed his identity for them, and that he is a citizen of El Salvador, illegally present in the United States. Bonilla was taken into ICE custody and transported to the Phoenix ICE office for further investigation and processing. Bonilla was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jose Orlando Bonilla to be a citizen of El Salvador and a previously deported alien. Bonilla was removed from the United States to El

Salvador through Mesa, Arizona, on or about July 30, 2007, pursuant to a final order of removal issued by an immigration official. There is no record of Bonilla in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Bonilla's immigration history was matched to him by electronic fingerprint comparison.

4. On or about February 27, 2025, Jose Orlando Bonilla was advised of his constitutional rights. Bonilla freely and willingly acknowledged his rights but did not agree to provide a statement under oath. However, during his initial encounter with ICE agents earlier that day, Bonilla admitted that he was present in the United States with no legal immigration status.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about February 27, 2025, Jose Orlando Bonilla, an alien, was found in the United States at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near Mesa, Arizona, on or about July 30, 2007, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally

authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien).

LUIS E TERAN
Digitally signed by LUIS E TERAN
Date: 2025.02.28 12:29:47 -07'00'

_____
Luis E. Teran
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
February 28, 2025

_____
John Z. Boyle
United States Magistrate Judge

3